UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1st STREET FOUNDATION, INC. d/b/a FIRST STREET FOUNDATION,<br><br>    Plaintiff,<br><br> -against-<br><br>SSBN LTD, d/b/a FATHOM and CLIMATE CHECK, INC.,<br><br>    Defendants. | Case No. 1:21-cv-01374<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Adam J. Hunt from the firm of Morrison & Foerster LLP hereby appears as counsel of record for Plaintiff 1st Street Foundation, Inc. ("First Street Foundation") in this action.

Dated: March 16, 2021
New York, New York

MORRISON & FOERSTER LLP

By:  */s/Adam J. Hunt*
   Adam J. Hunt
   250 West 55th Street
   New York, New York 10019
   Telephone: (212) 468-8000
   Email: adamhunt@mofo.com

   *Attorneys for First Street Foundation*